THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, PLAINTIFF-PETITIONER, v. A & P TRUCKING CORPORATION *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 51 *N. J. Super.* 412.

*Messrs. Milton, McNulty & Augelli* for the petitioner.

*Mr. Milton T. Lasher* for the respondents.

October 27, 1958.   Granted.

MARY PATRICIA SHEEHAN, PLAINTIFF-RESPONDENT AND CROSS-PETITIONER, v. DANIEL C. SHEEHAN, DEFENDANT-PETITIONER AND CROSS-RESPONDENT.

See same case below: 51 *N. J. Super.* 276.

*Messrs. Losche & Losche* for the petitioner and cross-respondent.

*Mr. Jack Feinberg, Mr. William M. Feinberg* and *Mr. Richard J. Feinberg* for the respondent and cross-petitioner.

October 27, 1958.   Denied.